UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

          Plaintiff,

   v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al.,

          Defendants.

CASE NO. C13-5138 RBL-JRC

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

    This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

    Plaintiff asks the Court for a thirty-day extension of time to file a response (ECF No. 20). Plaintiff explains that he is having oral surgery and that gang related violence in the prison has resulted in closures of the prison law library (ECF No. 20). Defendants do not oppose the motion and ask that if the motion is granted they be given additional time to file a response (ECF No. 21).

1  The Court grants plaintiff's motion. Plaintiff's response will be due on or before a June
2  28, 2013. Defendants' reply will be due on July 19, 2013. The Clerk's office is directed to re-
3  note the noting date for the motion for summary judgment, ECF No. 12, for July 19, 2013.

5  Dated this 6th day of June, 2013.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
AN EXTENSION OF TIME - 2