UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al.,<br><br>                Defendants. | CASE NO. C13-5138 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion for injunctive relief is denied. Plaintiff has failed to present evidence to support his allegation that the infraction issued by defendant Nichols is retaliatory.

DATED this 28th day of October, 2013.

                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE

ORDER - 1