1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   SCOTT C. SMITH,

11                          Plaintiff,

12          v.

13   WASHINGTON STATE DEPARTMENT
     OF CORRECTIONS et al.,

14

                            Defendants.

15

CASE NO. C13-5138 RBL-JRC

ORDER DENYING PLAINTIFF'S
MOTION FOR NON-
STENOGRAPHIC DEPOSITIONS

16          The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

17   Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

18   636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

19          Plaintiff asks the Court to order defendants to participate in non-stenographic depositions

20   and requests that the Court order the Department of Corrections to provide the telephones, digital

21   recording equipment, and notary services to allow him to take those depositions (ECF No. 53).

22          In forma pauperis status does not relieve plaintiff of the costs of litigation other than the

23   payment of the filing fee. *See generally*, *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989)

24   (In forma pauperis plaintiff is required to pay mileage and witness fees). The Court denies

ORDER DENYING PLAINTIFF'S MOTION FOR
NON-STENOGRAPHIC DEPOSITIONS - 1

1   plaintiff's motion. Plaintiff's indigent status does not provide the Court with grounds to shift the

2   costs of conducting discovery to defendants.

3        Dated this 5th day of November, 2013.

4

5                                                    J. Richard Creatura
                                                     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24