UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

    Plaintiff,

  v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al.

    Defendants.

CASE NO. C13-5138 RBL-JRC

ORDER

  The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court denies plaintiff's motion to proceed in forma pauperis with an interlocutory appeal. Plaintiff must provide a full accounting of his financial situation, as outlined in the Report and Recommendation, before the Court will consider granting in forma pauperis status to plaintiff.

  DATED this 9th day of December, 2013.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1