UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH a/k/a SCOTT ISAMU MICHIO KIKUCHI,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, SCOTT RUSSELL, ROY GONZALEZ, WILLIAM RILEY, B. BROWN, ROBERT EDGINGTON, RICHARD HAYWARD, MICHAEL WATKINS, MUHAMMAD NICHOLS, JOHN DOE DUNNINGTON, AND J. WOFFORD,<br><br>Defendants. | CASE NO. C13-5138 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

ORDER - 1

(2) The Court grants Defendants' motion for summary judgment and this action is dismissed with prejudice.

DATED this 3rd day of March, 2014.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE